■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SERRANO, Appellant. [934 NYS2d 822]—

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]), and does not warrant a reduction as a matter of discretion in the interest of justice. Mastro, A.P.J., Angiolillo, Belen and Austin, JJ., concur.